AO 91 (Rev. 11/11)  Criminal Complaint | AUSA: Susan Fairchild  Telephone: (313) 226-9577
--- | ---
 | Officer: Aaron Pohl  Telephone: (313) 218-0934

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Mauricio SAUCEDO-DELGADILLO

Case No.  
Case: 2:25–mj–30115  
Assigned To : Unassigned  
Assign. Date : 3/5/2025  
Description: CMP USA V. SAUCEDO–DELGADILLO (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 28, 2025__ in the county of __Oakland__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

*Code Section* | *Offense Description*
--- | ---
8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal From the United States

This criminal complaint is based on these facts:

On or about February 28, 2025, in the Eastern District of Michigan, Southern Division, Mauricio SAUCEDO-DELGADILLO, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed there from on or about August 18, 2015, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☐ Continued on the attached sheet.

*Complainant's signature*

Aaron Pohl, Deportation Officer, ERO/ICE
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: March 5, 2025

*Judge's signature*

City and state: Detroit, MI

Kimberly Altman, U.S. Magistrate Judge
*Printed name and title*

## Affidavit

I, Aaron Pohl, declare the following under penalty of perjury:

1. I am a Deportation Officer with the United States Department of Homeland Security, U.S. Immigration and Customs Enforcement (ICE). I have been employed by ICE since January of 2009. I have reviewed the official Immigration file (AXXX XXX 248) and system automated data relating to Mauricio SAUCEDO-DELGADILLO, which attests to the following:

2. The information set forth below is for the limited purpose of establishing probable cause. Therefore, this affidavit does not necessarily contain all the information collected during my investigation.

3. Mauricio SAUCEDO-DELGADILLO, hereinafter referred to as SAUCEDO-DELGADILLO is a 29 year old male, native and citizen of Mexico, who last entered the United States at an unknown place, on an unknown date, without being admitted, inspected or paroled by an Immigration Officer.

4. On May 24, 2009, SAUCEDO-DELGADILLO was arrested by the Sterling Heights Police Department for No Operators License Ever Acquired. SAUCEDO-DELGADILLO used the name Jose Manuel Delgadillo (DOB: 10/XX/1990) at the time of arrest. A criminal bench warrant has been issued for his failure to appear on this case.

5. On November 13, 2012, SAUCEDO-DELGADILLO was convicted in the 81st District Court in Standish, Michigan for the offense of Drove While Unlicensed. SAUCEDO-DEGADILLO was sentenced to one day incarceration, fines and costs.

6. On November 26, 2012, SAUCEDO-DELGADILLO was convicted in the 52-3 District Court in Rochester Hills, Michigan for the offense of Careless Driving. SAUCEDO-DELGADILLO was sentenced to pay fines and costs.

7. On August 2, 2013, SAUCEDO-DELGADILLO was arrested by the Oakland County Sheriff's Department for Possession of Cocaine and Drove While License Suspended/Revoked/Denied. SAUCEDO-DELGADILLO was the driver of the vehicle, which ran a red traffic light. During the traffic stop, after he was handcuffed and put in the back seat of the patrol car,

1

SAUCEDO-DELGADILLO attempted to remove his work boot, in which the officer found a baggie of powder cocaine.

8. On August 6, 2013, SAUCEDO-DELGADILLO was convicted in the 81st Judicial District Court in Standish, Michigan for the offense of Contempt of Court - Failure to Appear and Contempt of Court - Failure to Pay. SAUCEDO-DELGADILLO was sentenced to one day in incarceration, fines and costs.

9. On August 16, 2013, SAUCEDO-DELGADILLO was convicted in the 50th District Court in Pontiac, Michigan for the offense of Drove While License Suspended/Revoked/Denied. SAUCEDO-DELGADILLO was sentenced to fines and costs.

10. On September 19, 2013, SAUCEDO-DELGADILLO was convicted in the 52-3 District Court in Rochester Hills, Michigan for the offense of Drove While License Not Valid or Improper License. SAUCEDO-DELGADILLO was sentenced to 12 months' probation, fines and costs.

11. On December 30, 2013, SAUCEDO-DELGADILLO was apprehended by Detroit ICE ERO and issued a Notice to Appear in Immigration Court.

12. On August 28, 2014, SAUCED-DELGADILLO was convicted in the 6Th Circuit Court in Oakland County, Michigan for the offense of Possession of Controlled Substance Under 25 Grams. SAUCED-DELGADILLO was sentenced to 19 days' incarceration.

13. On October 20, 2014, an Immigration Judge in Detroit, MI, ordered SAUCEDO-DELGADILLO removed from the United States to Mexico.

14. On October 28, 2014, SAUCEDO-DELGADILLO was removed to Mexico via the Laredo, Texas Port of Entry.

15. On June 14, 2015, SAUCEDO-DELGADILLO was apprehended by the United States Border Patrol in Laredo, TX and processed as a Reinstatement of Deportation Order I-871 and charged with 8 U.S.C. § 1325(a)(1).

16. On June 18, 2015, SAUCEDO-DELGADILLO was convicted in the United States District Court in the Southern District of Texas, Laredo Division for

Illegal Entry, in violation of 8 U.S.C. § 1325(a)(1). SAUCEDO-DELGADILLO was sentenced to 60 days' incarceration.

17. On August 18, 2015, SAUCEDO-DELGADILLO was removed to Mexico via the Laredo, Texas Port of Entry.

18. On February 28, 2025, ICE Officers traveled to 590 E. Beverly Ave, Michigan in search of SAUCEDO-DELGADILLO. At approximately 8:30 a.m., ICE Officers identified an individual matching the description of SAUCEDO-DELGADILLO departing the area of his last known residence. ICE Officers conducted a vehicle stop at the corner of Stonegate and Elizabeth Lake Rd in Pontiac, Michigan. ICE Officers identified themselves and conducted a field interview. SAUCEDO-DELGADILLO identified himself and admitted he did not have any legal status or documentation to reside or remain in the United States. ICE Officers arrested, detained and transported SAUCEDO-DELGADILLO without incident to the Detroit Field Office for processing.

19. On February 28, 2025, during the processing of SAUCEDO-DELGADILLO, fingerprint analysis was completed, which revealed a match to that of Mauricio SAUCEDO-DELGADILLO, AXXX XXX 248, a previously removed alien. SAUCEDO-DELGADILLO was served with Form I-871, Reinstatement of Prior Order.

20. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

21. On February 28, 2025, I reviewed the Alien Registration file and conducted system checks. There is no evidence to indicate that Mauricio SAUCEDO-DELGADILLO has applied for or received permission from the Attorney General of the United States or the Secretary of the U.S. Department of Homeland Security to reapply for admission to the United States following his removal on August 18, 2015.

22. Based on the above information, there is probable cause to conclude that Mauricio SAUCEDO-DELGADILLO is an alien who unlawfully reentered or was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

*Aaron Pohl*
Deportation Officer
U.S. Immigration and Customs Enforcement

Subscribed and sworn to before me and signed in my presence and/or by reliable electronic means.

*Honorable Kimberly Altman*
United States Magistrate Judge

Date:   March 5, 2025